In the Matter of QUEENS-NASSAU TRANSIT LINES, INC., Appellant, against MILO R. MALTBIE et al., Constituting the Public Service Commission of the State of New York, Respondents.

Argued January 13, 1947; decided February 28, 1947.

*Harold J. Cloutman* for appellant.

*Philip Halpern, Philip Hodes, George H. Kenny* and *Samuel R. Madison* for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.